# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANGELA DAWN AUSTIN

NO. 2025 KW 0333

**JUNE 3, 2025**

---

In Re:    Angela Dawn Austin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 443-F-2022.

---

BEFORE:    PENZATO, STROMBERG, AND FIELDS, JJ.

**WRIT DENIED.** The appropriate procedural vehicle for relator to exercise her right to appeal after the expiration of the La. Code Crim. P. art. 914 delay is an application for postconviction relief. See **State v. Counterman**, 475 So.2d 336 (La. 1985).

                          **AHP**
                          **TPS**
                          **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT